UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
December 01, 2014
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RYAN BROOKS,

    Defendant.

Case No. 2:14-mj-00282-CKD
283

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release RYAN BROOKS,

Case No. 2:14-mj-00282-CKD from custody for the following reasons:

    ____ Release on Personal Recognizance

    _X_ Bail Posted in the Sum of $ 25,000

        _X_ Unsecured Appearance Bond $ 25,000, cosigned by mother

        ____ Appearance Bond with 10% Deposit

        ____ Appearance Bond with Surety

        ____ Corporate Surety Bail Bond

    _X_ (Other): Pretrial conditions

Issued at Sacramento, California on December 01, 2014 at 2:15 PM

By: *Carolyn Delaney*

Magistrate Judge Carolyn K. Delaney